1004

[No. 47261-9-II. Division Two. December 29, 2015.]

*In the Matter of the Personal Restraint of* MATTHEW QUINN SHOOP, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa and Melnick, JJ.

[No. 45484-0-II. Division Two. January 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JONAH MICHAEL JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00545-4, Nelson E. Hunt, J., entered October 16, 2013. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46344-0-II. Division Two. January 5, 2016.]

*In the Matter of the Parentage of A.C.*

L.W., *Respondent*, v. Z.C. *Appellant*, W.W., *Respondent.*

*In the Matter of the Parentage of A.C.*

C.T. ET AL., *Petitioners*, v. Z.C. ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-5-00582-4, James R. Orlando, J., entered May 16, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.